# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| NATERA, INC., *Plaintiff,* | § § § § § § § § § | 6-20-CV-00532-ADA |
| v. | | |
| PROGENITY, INC., *Defendant.* | | |

## ORDER SETTING DISCOVERY HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case it set for **DISCOVERY HEARING BY ZOOM** on **THURSDAY, JUNE 3, 2021 AT 3:30PM.** An email will be sent with the Zoom link.

SIGNED this 1st day of June, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE